IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SHADI HASSAN ERAKAT,<br><br>Debtor. | (Chapter 7 Case)<br><br>No. 2:25-bk-06038-DPC<br><br>**ORDER APPROVING TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE SUBJECT TO ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES** |

After thorough consideration of *Motion to Sell Property of the Estate Subject to All Liens, Claims, Interests, and Encumbrances* ("**Motion**")[1], filed by Lothar Goernitz, Trustee ("**Trustee**"), and good cause appearing therefor;

**IT IS HEREBY ORDERED** approving the Motion.

**IT IS FURTHER ORDERED:**

A. Any sale remains subject to the Trustee's final approval;

B. Authorizing the Trustee to sell the Estate's right, title, and interest in the Payment Stream, on an 'AS IS, WHERE IS' basis, without representations or warranties of any kind, subject to all liens, claims, interests, and encumbrances, to the bidder submitting the highest and best offer acceptable to the Trustee;

C. Authorizing the Trustee to accept the proceeds from the sale of the Estate's interest in the Payment Stream; and

D. Authorizing the Trustee to execute all additional documents and perform other such acts as may be necessary or reasonably requested to facilitate and complete the transaction.

**SIGNED AND DATED ABOVE**

[1] Unless otherwise defined in this Order, capitalized terms used herein shall have the meaning ascribed to them in the Motion.